IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In the Matter of the Search of | : |
| The Premises at ▬▬▬▬▬ Newark, Delaware | : Misc. No. 05 – 82M |

Redacted

## MOTION AND ORDER TO SEAL SEARCH WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, moves that the Application and Affidavit for Search Warrant and the Search Warrant for the premises located at ▬▬▬▬▬., in Newark, Delaware, be sealed until the execution of said search warrant by an authorized federal agent.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Adam
Adam Safwat
Assistant United States Attorney

Dated: May 9, 2005

\* \* \*

AND NOW, this __9__ day of May, 2005, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Application and Affidavit for Search Warrant and the Search Warrant for the above-described premises be sealed until the execution of said search warrant.

/s/ Mary Pat Thynge
The Honorable Mary Pat Thynge
United States Magistrate Judge