IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In the Matter of the Search of | : |
| | : |
| Premises located in | :  Misc. Case No.: 05-82M |
| Newark, Delaware | : |
| | : |

## MOTION AND ORDER TO UNSEAL SEARCH WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, moves that the Search Warrant Application and Search Warrant for the premises located in Newark, DE, that are the subject of the above-captioned case number, be unsealed, as officers have executed the warrant.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Adam Safwat
Assistant United States Attorney

Dated: June 6, 2005

\* \* \*

AND NOW, this ___7___ day of June, 2005, upon the foregoing Motion, **IT IS SO ORDERED.**

_____
The Honorable Mary Pat Thynge
United States Magistrate Judge