AO 93 (Rev. 5/85) Search Warrant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In the Matter of the Search of
(Name, address or brief description of person or premises to be searched)

███████████████

Newark, Delaware,
As More Particularly Described in Attachment A

REDACTED

## SEARCH WARRANT

MAG. NUMBER: 05- 82 M

TO: _Special Agent Michael S. Armstrong_ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Michael S. Armstrong_ who has reason to believe that __ on the person of or _X_ on the premises known as (name, description and/or location)

516 Stafford Ave., Newark, Delaware

in the _____ District of _____Delaware_____ there is now concealed a certain person or property, namely (describe the person or property)

See Attachment B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _May 19, 2005_
                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 a.m. to 10:00 p.m.) (at any time in the day or night as I find reasonable cause has been established) and if the per or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _U.S. Magistrate Judge Mary Pat Thynge_ as required by law.
                                                                                                  U.S. Judge or Magistrate

_May 9, 2005_                                at _Wilmington, Delaware_
Date                                            City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware                         _[signature]_
Name and Title of Judicial Officer           Signature of Judicial Officer

93 (Rev. 5/85) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/9/05 | 5/11/05  0700 HRS | Richard Shoemaker |

INVENTORY MADE IN THE PRESENCE OF
SA AL Lassiter, USSS AND RAIC Jeffrey Gavin, USSS

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached Inventory

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

SA _[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  6/8/05
U.S. Judge or Magistrate    Date

## ATTACHMENT A

*DESCRIPTION OF RESIDENCE TO BE SEARCHED*

████████████████ Newark, Delaware 19711. The residence is a two story home, with white siding, green shutters and front door, a front facing garage, it is located in the middle of the block, and it backs up to railroad tracks. The residence is located in the Stafford II community.

## ATTACHMENT B

*LIST OF ITEMS TO BE SEARCHED FOR AND SEIZED OR COPIED*

1. Computers containing data related to the manufacturing of counterfeit currency and checks.
2. Electronically stored data, files or digital information relating to the manufacturing and passing of counterfeit currency and counterfeit checks, stored on the computers hard drive(s), software, or associated media to include diskettes, tapes, CD Roms, DVD's, Zip Disks, Jazz Disks or any peripheral storage devices to include PDA devices, external/internal storage devices and Cameras
3. Deleted, altered, damaged or corrupted data stored in the same areas related to counterfeit currency or counterfeit checks.
4. Computer System information and file structure data necessary to access the data in items 2 and 3.
5. Recovered Software to include system operations software and device management software that is necessary to access and understand the data in items 2 and 3.
6. Electronically stored information verifying ownership of the aforementioned computer system and associated software including registration information.
7. Any records, notes, Passwords or personal identification numbers (PINS), names, addresses, telephone numbers, correspondence, emails and chat logs relating to the manufacturing or passing of counterfeit currency and counterfeit checks
8. Any counterfeit currency and counterfeit checks in the residence.
9. Any receipts for the purchase of ink, paper and/or any contraband for the manufacturing of counterfeit currency and/or counterfeit checks.
10. Any and all computers, printers and scanners in the residence.

This warrant is for the seizure of the above described computer data and for authorization to read, retrieve, copy and seize information stored and contained on the above describes data sources and for authorization to present these items to persons capable of conducting such examinations and recovery.

The search procedure for electronic data contained in computer operating software or memory devices, whether performed on site or in a laboratory, or other controlled environment, may include the following techniques:

1. Surveying various file "directories" and the individual files they contain (analogous to looking at the outside of a file cabinet for the markings it contains and opening a drawer believed to contain pertinent files.

2. "Opening" or cursorily reading the first few pages of such files in order to determine their precise contents.
3. "Scanning" storage areas to discover and possibly recover recently-deleted data.
4. Scanning storage areas for deliberately hidden files, including but not limited to files protected by passwords and/or encryption programs.
5. Performing keyword searches through all electronic storage areas to determine whether occurrences of language contained in such storage areas exist that are intimately related to the subject matter of the investigation. Keywords searched include words but not limited to the following: checks, money, and counterfeit.

The below listed items were recovered from Richard Shoemaker's residence located at 516 Stafford Avenue in Newark, Delaware on 5/11/05 at approximately 7:00 AM. By agents of the U.S. Secret Service.

1) 1 – SONY VIAO Notebook computer Model PCG-9S1L
   S/N: 28183530

2) 1 – SONY AC power adapter with power cord

3) 1 – CANON I-960 color printer with USP cable
   S/N: 3B15AK

4) 1 – CANON black #6 ink cartridge
   P/N: BC1-6BK

5) 1 – CANON PIXMA IP5000 printer with USP cable
   S/N: FCFU20586

6) 1 – DELL DIMENSION 4550 computer tower
   S/N: H9BK921

7) 1 – HP SCANJET 3570 scanner with USP cable
   S/N: CN296N508F

8) 1 - TOSHIBA power cord
   S/N: 03X03985

9) 1 – AVERY DESIGN PRO software CD rom

10) 8 – sheets of SOUTHWORTH paper

11) 1 – SOUTHWORTH paper box

12) 68 – semi cut $20.00 counterfeit FRN's
    Serial Number: CF54038187D

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

SA _____
Special Agent Michael Armstrong

Subscribed, sworn to, and returned before me this date.

_____    6/8/05
U.S. Judge or Magistrate    Date